# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-cv-6492

**Republic Technologies (NA), LLC and Sream, Inc.**  Plaintiff

vs.

**Areba Fashions Inc d/b/a Green Arch Food Mart and Mohammed F. Hussain**  Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Alias Summons & Complaint; Exhibits**

PARTY SERVED: **AREBA FASHIONS INC D/B/A GREEN ARCH FOOD MART**

PERSON SERVED: **MOHAMMED F. HUSSAIN, REGISTERED AGENT**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **05/15/2020 at 6:28 PM**

ADDRESS, CITY AND STATE: **1219 N. MILWAUKEE AVE, CHICAGO, IL 60642**

DESCRIPTION: **Middle Eastern, Male, 35, 5'6", 185 lbs, Black hair and was wearing glasses**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Steven A. Stosur, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 18th day of May, 2020.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **Langone, Johnson & Cassidy, LLC**
FILE #:

Tracking #: **436728**