# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-cv-6492

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

vs.

**Areba Fashions Inc d/b/a Green Arch Food Mart and Mohammed F. Hussain**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Alias Summons & Complaint; Exhibits**

PARTY SERVED: **MOHAMMED F. HUSSAIN**

METHOD OF SERVICE: **Personal Service** - By personally delivering copies to **MOHAMMED F. HUSSAIN.**

DATE & TIME OF DELIVERY: **05/15/2020 at 6:28 PM**

ADDRESS, CITY AND STATE: **1219 N. MILWAUKEE AVE, CHICAGO, IL 60642**

DESCRIPTION: **Middle Eastern, Male, 35, 5'6", 185 lbs, Black hair and was wearing glasses**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Steven A. Stosur, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 18th day of May, 2020.

*Joan C. Harenberg*  
NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **Langone, Johnson & Cassidy, LLC**  
FILE #:

Tracking #: **436729**